DAVID METZGER, Respondent, v. HARRISON C. GLORE, Appellant.— Order

affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.